Richard E. Tanasi, Esq.
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh St., 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

### UINTED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LORRAINE RIDDIOUGH, et al<br><br>    Defendant. | Case No.: 2:15-CR-00018-APG-VCF |

### SUBSTITUTION OF ATTORNEY

Defendant, LORRAINE RIDDIOUGH hereby substitutes RICHARD E. TANASI, ESQ. of TANASI LAW OFFICES, as her attorney in the above-entitled action in the place and stead of CRAIG W. DRUMMOND, ESQ. of DRUMMOND LAW FIRM.

DATED this 14th day of September, 2015.

By _____
    LORRAINE RIDDIOUGH

...

...

...

- 1 -

I HEREBY CONSENT to the substitution of RICHARD E. TANASI, ESQ. of TANASI LAW OFFICES, as attorneys for the Defendant, LORRAINE RIDDIOUGH, in the above-entitled action in my place and stead.

DATED this 15 day of September, 2015

DRUMMOND LAW FIRM

By: _____
CRAIG W. DRUMMOND, Esq.
Nevada Bar No. 011109
Drummond Law Firm
228 South Fourth St.
Las Vegas, NV 89101

I HEREBY AGREE to be substituted in the place and stead of CRAIG W. DRUMMOND, ESQ., of DRUMMOND LAW FIRM, in the above-entitled action as attorney for the Defendant, LORRAINE RIDDIOUGH.

DATED this 14 day of September, 2015.

TANASI LAW OFFICES

By: _____
RICHARD E. TANASI, Esq.
Nevada Bar No. 9699
601 S. Seventh St., 2nd Floor
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 25, 2015

-2-