**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00018-APG-VCF |
| vs. | **ORDER** |
| LORRAINE RIDDIOUGH, | |
| Defendant. | |

Before the court is Defendant's Ex Parte Motion for Appointment of CJA Counsel (#96).

IT IS HEREBY ORDERED that a hearing on Defendant's Ex Parte Motion for Appointment of CJA Counsel (#96) is scheduled for 11:00 a.m., March 11, 2016, in courtroom 3D.

Defendant must be present for this hearing.

DATED this 23rd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE