FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: |
| Plaintiff, | 2:15-cr-00018-APG-VCF-3 |
| | 2:18-cr-00121-APG-VCF |
| v. | 2:18-cr-00122-APG-VCF |
| | 2:18-cr-00123-APG-VCF |
| LORRAINE RIDDIOUGH, | |
| a.k.a. Lorraine Ann Mader, | Preliminary Order of Forfeiture |
| Defendant. | |

This Court finds that defendant Lorraine Riddiough, a.k.a. Lorraine Ann Mader, pled guilty to the following:

As to the Criminal Indictment in *United States of America v. Jason Demko et al*, Case No. 2:15-cr-00018-APG-VCF (*Demko*), Counts One, Two, and Five of a Six-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349 and in Counts Two and Five with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 26; Change of Plea, ECF No. __; Plea Agreement, ECF No. __;

As to the Criminal Information in *United States of America v. Lorraine Riddiough*, Case 2:18-cr-00121-APG-VCF (Criminal Information related to *United States of America v. Michael Jones et al*, Case No. 2:15-CR-174-KJD-(PAL)) (*Jones*), Count One of a One-Count Criminal Information charging her with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of

Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __;

As to the Criminal Information in *United States of America v. Lorraine Riddiough*, Case No. 2:18-cr-00122-APG-VCF (Criminal Information related to *United States of America v. Charlene Scott*, Case No. 2:15-CR-193-KJD-PAL) (*Scott*), Count One of a One-Count Criminal Information charging her with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __; and

As to the Criminal Information in *United States of America v. Lorraine Riddiough*, Case No. 2:18-cr-00123-APG-VCF (*Riddiough*), Counts One through Three of a Three-Count Criminal Information charging her in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349; in Count Two with Health Care Fraud in violation of Title 18, United States Code, Section 1347; and in Count Three with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Lorraine Riddiough, a.k.a. Lorraine Ann Mader, agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment (*Demko*, 2:15-cr-00018), the Criminal Information (*Jones*, 2:18-cr-00121), the Criminal Information (*Scott*, 2:18-cr-00122), and the Criminal Information (*Riddiough*, 2:18-cr-00123). Criminal Indictment (*Demko*, 2:15-cr-00018), ECF No. 26; Change of Plea (*Demko*, 2:15-cr-00018), ECF No. __; Plea Agreement (*Demko*, 2:15-cr-00018), ECF No. __; Criminal Information (*Jones*, 2:18-cr-00121), ECF No. __; Change of Plea (*Jones*, 2:18-cr-00121), ECF No. __; Plea Agreement (*Jones*, 2:18-cr-00121), ECF No. __; Criminal Information (*Scott*, 2:18-cr-00122), ECF No. __; Change of Plea (*Scott*, 2:18-cr-00122), ECF No. __; Plea Agreement (*Scott*, 2:18-cr-00122), ECF No. __; Criminal Information (*Riddiough*,

2:18-cr-00123), ECF No. __; Change of Plea (*Riddiough*, 2:18-cr-00123), ECF No. __; Plea Agreement (*Riddiough*, 2:18-cr-00123), ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment (*Demko*, 2:15-cr-00018), the Criminal Information (*Jones*, 2:18-cr-00121), the Criminal Information (*Scott*, 2:18-cr-00122), and the Criminal Information (*Riddiough*) and the offenses to which defendant Lorraine Riddiough, a.k.a. Lorraine Ann Mader, pled guilty.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349, conspiracy to commit such offenses; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641, a specified unlawful activities as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense; (3) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1347, involving a Federal health care offense as defined in Title 18, United States Code, Section 24, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(F), or a conspiracy to commit such offense; (4) property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of Title 18, United States Code, Section 1347, a Federal health care offense as defined in Title 18, United States Code, Section 24; and (5) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such offenses, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States

Code, Section 982(a)(7); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p):

The property listed in the Superseding Indictment *(Jones)*, namely:

1. $50,018.53; and
2. $8,252.04

(all of which constitutes property)

and a total in personam criminal forfeiture money judgment of $453,145.30, divided among the consolidated indictment and informations as follows:

1. $96,905 in *Demko*, not to be held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $398,122;

2. $55,149 in *Jones*, not to be held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $3,574,992.35, and that the property will be applied toward the $3,574,992.35 amount, not the defendant's $55,149 amount;

3. $157,645 in *Scott*, not to be held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $7,934,095.32;

4. $134,525 in *Riddiough*, as to Count 1, not to be held jointly and severally liable with any Count 1 codefendants, with the total amount collected in the matter as to Count 1 not to exceed $2,075,157.82, and;

5. $8,921.30 in *Riddiough*, as to Counts 2 and 3, not to be held jointly and severally liable with any codefendants.

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from Lorraine Riddiough, a.k.a. Lorraine Ann Mader, an in personam criminal forfeiture money judgment of $453,145.30.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Lorraine Riddiough, a.k.a. Lorraine Ann Mader, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this _16_ day of _May_, 2018.

_____
UNITED STATES DISTRICT JUDGE