UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LORRAINE RIDDIOUGH,<br><br>Defendant | Case Nos.: 2:15-cr-0018-APG-VCF<br>2:18-cr-0121-APG-VCF<br>2:18-cr-0122-APG-VCF<br>2:18-cr-0123-APG-VCF<br><br>**Order Granting Motion to Withdraw and Appointing New Counsel**<br><br>[ECF No. 203] |

The defendant's attorney, Richard Tanasi, moves to withdraw from further representation so that a new attorney may be appointed form the CJA panel. ECF No. 203. Because Mr. Tanasi is not on the CJA appellate panel, good cause exists to grant the motion.

IT IS ORDERED that Richard E. Tanasi, Esq. is allowed to withdraw from the above-captioned matters. As soon as appellate counsel is appointed, Mr. Tanasi shall immediately forward his files to that lawyer.

IT IS FURTHER ORDERED that the CJA Panel coordinator for this court shall immediately appoint new counsel from the CJA Appellate Panel for the defendant. That lawyer shall represent Ms. Riddiough in all of these four cases.

DATED this 27th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE